CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 31 2011

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**IN THE MATTER OF THE SEARCH OF:** : **Criminal No. 7:10-M-418**

**Facebook Account of** [redacted]
**#** [redacted] : **SEALED**

**ORDER**

It is hereby **ORDERED** that the sealing of the search warrant, affidavit and all related documents in the above-captioned matter be extended for a period of 30 days or pending further order of the court.

[signature]
UNITED STATES MAGISTRATE JUDGE

3-31-11